(V.D. 111)

E. LEITZ, INC., ET AL. v. UNITED STATES

Entry No. 10716, etc.

(Decided March 24, 1960)

*Eugene R. Pickrell* for the plaintiffs.
*George Cochran Doub,* Assistant Attorney General, for the defendant.

OLIVER, Chief Judge: This matter is before me on remand from classification proceedings decided by the first division of this court in *E. Leitz, Inc.* v. *United States,* 43 Cust. Ct. 368, Abstract 63434, and *Manca, Inc.* v. *United States,* 43 Cust. Ct. 346, Abstract 63375, and it has been submitted for decision on a written stipulation, reading as follows:

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the parties hereto that the merchandise covered by the above remands of protest consists of Microscopes and Microscope Parts and Wooden Cabinets, containers for said microscopes and microscope parts, which were the subjects of the following judgments and decisions by the First Division of this Court:

E. Leitz, Inc. v. United States—Abstract 63434
Manca, Inc. v. United States—Abstract 63375

wherein it is stated "* * * and remand the matters pursuant to the provisions of Title 28 U.S.C. § 2636(d), for further proceedings before a single judge sitting in reappraisement for determination of the value of the imported merchandise in the manner provided for by law".

IT IS FURTHER STIPULATED AND AGREED that at the time of the exportation of such merchandise to the United States, the prices at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of the country from which exported in the usual wholesale quantities and in the ordinary course of trade for exportation to the United States were as follows:

E. Leitz, Inc.—Remand #58/14361–14668

| Entry No. | Merchandise | Price (each) |
|---|---|---|
| WH 10716 | 50 Microscopes GT 12/92 | $86.13 |
| | 50 cabinets | 11.52 |
| WH 09016 | 50 Microscopes GT 20/92 | 86.13 |
| | 50 cabinets | 11.52 |
| WH 09080 | 10 Microscopes BST 25/92 | 173.04 |
| | 10 cabinets | 20.16 |
| | 50 Microscopes GT 20/92 | 86.13 |
| | 50 cabinets | 11.52 |
| WH 41854 | 6 Ortholux Microscopes ORZWO | 360.93 |
| | 6 cabinets | 5.28 |
| | 6 Ortholux Microscopes ORZWO–OFEEW | 566.07 |
| | 6 cabinets | 5.28 |

Manca, Inc.—Remand #59/11229–19470

| Entry No. | Merchandise | Invoice price each | Less discount | U.S. dollars per each |
|---|---|---|---|---|
| 477604 | 4 stands for Chemist Microscopes | $133.68 | 25% | $100.26 |
| | 4 cabinets | 19.20 | 25% | 14.40 |

IT IS FURTHER STIPULATED AND AGREED that there was no higher foreign value for such or similar merchandise.

On the agreed facts, I hold that the proper basis for appraisement of the merchandise in question is export value, as defined in section 402(d) of the Tariff Act of 1930, and that such statutory value therefor is as embodied in the stipulation of submission, hereinabove set forth.

Judgment will be rendered accordingly.